DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRANK LODATO,** as Successor Personal Representative of the Estate of
Walter Brauer, **TAMMY BLOUNT,** as Personal Representative of the
Estate of Raymond Blount, and **KATRINA GERHART,** as Successor
Personal Representative of the Estate of Frances Gerhart,
Appellants,

v.

**R.J. REYNOLDS TOBACCO COMPANY** and **PHILIP MORRIS, USA.,
INC.,**
Appellees.

No. 4D16-2380

[August 3, 2017]

Appeal from the Circuit Courts for the Nineteenth Judicial Circuit in
and for Martin, St. Lucie, and Okeechobee Counties; William L. Roby,
Judge; L.T. Case Nos. 43-2008-CA-000-82; 56-2008-CA-000-169, 56-
2008-CA-000-206, and 09009999CAAXMX.

Victor Swift, Donald W. Watson and Chanthina Bryan of Gary,
Williams, Parenti, Watson & Gary, P.L.L.C., Stuart, for appellants.

John P. Wiederhold of Wiederhold, Moses, Kummerlin & Waronicki,
P.A., West Palm Beach, and Charles R.A. Morse of Jones Day, New York,
New York, for appellee R.J. Reynolds Tobacco Company.

Geoffrey J. Michael of Arnold & Porter Kaye Scholer, LLP, Washington,
D.C., for appellee Philip Morris USA Inc..

PER CURIAM.

*Affirmed.*

LEVINE, CONNER, JJ., and SMALL, LISA, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***